AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America<br>v.<br>Miguel Hernandez<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     SA: 15-MJ-1058<br>)<br>)<br>) |

FILED
DEC 21 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 18, 2015__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | Unlawfully and willfully escaped from an institution ordered by the United States Bureau of Prisons: to the Crosspoint Residential Re-entry Center, San Antonio, TX. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ricky Welton, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/2015

_____
*Judge's signature*

City and state:    San Antonio, Texas       Pamela A. Mathy, United States Magistrate Judge
*Printed name and title*

Max Penalites: 5 yrs. imprisonment; $250,000 fine, 3 yrs sup. rel. and $100 special assessment.

On February 19, 2014, The Western District of Texas Del Rio Division issued a warrant for HERNANDEZ, Miguel charging him with Violations of Supervised Release. HERNANDEZ was transferred to the U.S. Marshals Service on October 2, 2014 based off of a detainer that was placed with TDCJ. On January 21, 2015 HERNANDEZ was transferred to JPATS for transfer to USP Florence (HIGH) to serve his sentence. On October 22, 2015 HERNANDEZ arrived at Cross Point, CSC (Hall House) to serve the remaining of his sentence. HERNANDEZ was projected to be released from the Hall House on January 21, 2016. On December 18, 2015 at approximately 2105 hours, HERNANDEZ was seen walking out of the front of the facility without staff authorization. It should be noted that earlier that evening an unauthorized cell phone was confiscated from him. His whereabouts are unknown. The U.S. Marshals Service was notified at approximately 2140 hours of this walkaway. HERNANDEZ has a history of violence (hit a LEO in the head with his head).

Based on the facts provided in this affidavit, I am requesting that an arrest warrant be issued for HERNANDEZ, Miguel, charging him with escape from the custody of the United States Bureau of Prisons Hall House Half-Way House in San Antonio, TX.

_____
Affiant Ricky Welton
Deputy United States Marshal
United States Marshals Service

Sworn to and subscribed before me, this the __21__ day of December, 2015.

_____
Pamela A. Mathy
United States Magistrate Judge