Filed 12-24-15
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. SA 15 MJ 1058 |
| MIGUEL HERNANDEZ | |

### MOTION AND ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Criminal Complaint, without prejudice, against Defendant Miguel Hernandez.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

*/s/ William R. Harris*

WILLIAM R. HARRIS
Assistant United States Attorney
Ohio State Bar No. 0017818
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7025
(210) 384-7028 FAX
Bill.Harris@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

12/24/2015
DATE

_____
UNITED STATES MAGISTRATE JUDGE