AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. SA: 15-MJ-1058 |
| Miguel Hernandez | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Miguel Hernandez, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 751(a), Escape

Date: December 21, 2015

*Issuing officer's signature*

City and state: San Antonio, Texas

Pamela A. Mathy, United States Magistrate Judge
*Printed name and title*

*U.S. MARSHALS RECEIVED DEC 21 2015 SAN ANTONIO, TX ENFORCEMENT SECTION*

*FILED JAN - 4 2016 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS DEPUTY*

### Return

This warrant was received on *(date)* 12.21.15, and the person was arrested on *(date)* 12.23.15
at *(city and state)* Self Surrender to USMS San Antonio

Date: 12.23.15

USMS San Antonio
*Arresting officer's signature*

by Charla Mora, USMS IRS
*Printed name and title*